UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MERCATO MANAGEMENT, LLC et al.,                                   :
                                                                  :
                              Movant,                             :
                                                                  :          23-MC-309 (JMF)
        -v-                                                       :
                                                                  :          TRANSFER ORDER
K2 INTELLIGENCE, LLC,                                             :
                                                                  :
                              Respondent.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 8, 2023, Respondent K2 Intelligence, LLC, filed a letter consenting to the transfer of this case to the United States District Court for the District of New Jersey and to the presiding judge in *LifeScan, Inc., v. Jeffrey C. Smith*, et al., No. 2:17-CV-05552 (CCC/JSA) (D.N.J).  *See* ECF No. 18.  Pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, the case is hereby TRANSFERRED.  All pending deadlines are vacated pending the transfer.  The Clerk of the Court is directed to transfer this case to the United States District Court for the District of New Jersey **immediately**, without regard to Local Rule 83.1.

      SO ORDERED.

Dated: September 8, 2023
       New York, New York
                                                             JESSE M. FURMAN
                                                            United States District Judge